THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MITCHELL WHITE (Impleaded), Defendant-Appellant.

(No. 59832; ▮▮▮▮▮▮▮

First District (3rd Division)—July 3, 1974.

PER CURIAM.
MEJDA, J., took no part.

Paul Bradley and Steven Clark, both of the State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Assistant State's Attorney, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DONALD JEAN LA FETTE, a/k/a DONALD EUGENE KLEMMER, Defendant-Appellant.

(No. 73-121; ▮▮▮▮▮▮▮

Third District—June 28, 1974.